UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 25-cr-158 (RDM) |
| v. | : | |
| DERRELL WILLIAMS II, | : | |
| Defendant. | : | |

## JOINT MOTION FOR A SCHEDULING ORDER

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the Defendant, by and through his counsel, respectfully submit the following proposed briefing schedule in response to the Court's August 26, 2025, Minute Order:

a. Motions in Limine, 404(b), 609, and expert notice:

    a. Motions due: October 16, 2025

    b. Oppositions due: October 24, 2025

    c. Replies in support due: October 31, 2025

Respectfully submitted,

JEANINE FERRIS PIRRO
U.S. ATTORNEY

By:   /s/   David B. Liss
DAVID B. LISS
Special Assistant United States Attorney
D.C. Bar No. 90017629
601 D Street, N.W.
Washington, D.C. 20530
(202) 680-4025
David.liss2@usdoj.gov

1